**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

DEANDRE JOHNSON,

Plaintiff,

v. CIVIL ACTION NO. 5:25-cv-00722

WARDEN MESSENGER,

Defendant.

**ORDER**

Pending is Plaintiff Deandre Johnson's Emergency Motion for Habeas Corpus Relief pursuant to 28 U.S.C. § 2241, filed December 8, 2025. [ECF 1]. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). [ECF 3]. Magistrate Judge Aboulhosn filed his PF&R on August 21, 2026. [ECF 5]. Magistrate Judge Aboulhosn recommended that the Court dismiss Plaintiff's Emergency Motion for Habeas Corpus Relief and remove this matter from the Court's docket. [*Id.* at 4].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Plaintiff's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's

findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on September 8, 2026.[1] No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [ECF 5] and **DISMISSES** Plaintiff's Emergency Motion for Habeas Corpus Relief pursuant to 28 U.S.C. § 2241. [ECF 1].

The Court **DIRECTS** the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: September 22, 2026

Frank W. Volk
Chief United States District Judge

---

[1] On September 3, 2026, the copy of the PF&R sent to Mr. Johnson at FCI Beckley was returned as undeliverable due to Mr. Johnson being released from custody on May 15, 2026. Mr. Johnson has failed to provide the Court with an updated address. Therefore, the copy of the PF&R will not be resent. [*See* ECF 6].